**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| James Kuhn, <br><br>        Plaintiff, <br><br> v. <br><br> Kona Grill, Inc. <br><br>        Defendant. | Civil Case No. 1:19-CV-00266-GLR |

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**
**PURSUANT TO LOCAL RULE 103.3**

Defendant Kona Grill, Inc., pursuant to Federal Rule 7.1 and Local Rule 103.3 discloses as follows:

1.    Defendant is a corporation organized in Delaware with its primary place of business in Arizona.

2.    Defendant has no parent company or publicly held corporation that owns 10% of its stock.

3.    Defendant is unaware of any other business entity with a financial interest in the outcome of this litigation.

4.    A supplemental disclosure statement will be filed upon any change in the information provided herein.

Dated:  February 22, 2019	Respectfully submitted,

**GOODELL, DEVRIES, LEECH & DANN, LLP**

By:      */s/  K. Nichole Nesbitt*
K. Nichole Nesbitt (#26137)
Joseph Wolf (#27882)
One South Street, 20th Floor
Baltimore, MD 21202
Telephone: (410) 783-4000
Facsimile:  (410) 783-4040
Email:  knn@gdldlaw.com
           jbw@gdldlaw.com

-AND-

Jeremy D. Sosna (MN #290233)*
Melissa Muro LaMere (MN#0393295)*
Maslon LLP
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-4140
Telephone:  (612) 672-8200
Facsimile:  (612) 672-8397
Email:  jeremy.sosna@maslon.com
           melissa.murolamere@maslon.com

**\*** *Pro Hac Vice* Motion Pending

**ATTORNEYS FOR DEFENDANT KONA GRILL, INC.**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of February 2019, a copy of the foregoing Corporate Disclosure Statement was served, via electronic filing, on:

Jeffrey M. Schwaber
Stein Sperling Bennett DeJong Driscoll PC
26 West Middle Lane
Rockville, MD 20850
*Attorneys for Plaintiff*

                                                       */s/ K. Nichole Nesbitt*
                                                      K. Nichole Nesbitt (#26137)